IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | **8:18CR36** |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| TAREAH J. GRANT | |
| Defendant. | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [56] and the unopposed Amended Motion for Continuance of Trial [57]. The parties are involved in plea negotiations and seek additional time for this purpose. For good cause shown,

**IT IS ORDERED** that the defendant's unopposed Motion for Continuance of Trial by Defendant Tareah Grant [56] is denied as moot and the unopposed Amended Motion for Continuance of Trial [57] is granted as follows:

1. The jury trial, now set for July 24, 2018, is continued to **September 4, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 4, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 19th day of July, 2018.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge